AO 98 (Rev. 01/09) Defendant's Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Souther District of New York

| United States of America | ) | | |
| --- | --- | --- | --- |
| v. | ) | | |
| | ) Case No. | 20 M 7281 | UNA |
| Erin Verespy | ) | | |
| *Defendant* | ) | | |

## DEFENDANT'S APPEARANCE BOND

To obtain the defendant's release, we jointly and severally agree to forfeit the following cash or other property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter *(describe the cash or other property and any claim, lien, mortgage, or other encumbrance on it)*:


*Ownership.* We declare under penalty of perjury that we are the sole owners of this property and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

*Release of Bond.* The court may order this appearance bond ended at anytime. This bond will be satisfied and the security will be released when either: (1) The defendant is found not guilty on all charges, or (2) The defendant reports to serve a sentence.

AO 98 (Rev. 01/09) Defendant's Appearance Bond

## Type of Bond

$ 1,000,000.00 PRB __2__ FRP ☐ ROR ☐ Unsecured ☐ Secured ☑ $_____ Bank Check or ☐ Property ☑ Directed Pretrial Supervision ☐ Drug Testing / treatment as directed ☐ Mental Health Assessment ☐ Home enforced by location monitoring. ☑ Surrender all travel documents with no new application.

**Travel is restricted to the SDNY & EDNY** and District of Connecticut

**Additional Conditions:**
Signature of Co-signors and secured property interest to be obtained by 7/29/20.
Defendant's real property to be used as collateral.
Defendant may not make any new loan or line of credit applications without approval from Pretrial Services.
Defendant may not transfer or sell any property or assets over $2,000.00 without the approval of Pretrial Services except for mortgage payments, payment of utilities, medical expenses and insurance premiums.

## Defendant's Agreement

I, __Erin Verespy__ (defendant), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

(X) to appear for court proceedings;
(X) if convicted, to surrender to serve a sentence that the court may impose; or
(X) to comply with all conditions set forth in the Order Setting Conditions of Release.

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: 7/15/20

X _[signature]_
*Defendant's signature*

Defendant's address and telephone number: _____

David W. Verespy
Surety/ Property Owner - printed name

Carol Banyay
Surety/ Property Owner - printed name

_[signature]_ 7/23/20
Surety/ Property Owner - signature and date

_[signature]_ 7/28/20
Surety/ Property Owner - signature and date

Surety/ Property Owner - printed name

Surety/ Property Owner - signature and date

Surety/ Property Owner - printed name

Surety/ Property Owner - signature and date

Sworn and signed before me. Defendant Only

Date: 7/15/20

Approved.
Date: 7/15/20

CLERK OF COURT

_[signature]_
*Signature of Clerk or Deputy Clerk*

PED
*Judge's signature*

AO 199B  (Rev. 12/11) Additional Conditions of Release                                                                    Page __3__ of __5__ Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( )  (6)  The defendant is placed in the custody of:
  Person or organization _____
  Address *(only if above is an organization)* _____
  City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____        _____
                      Custodian                                       Date

(X)  (7)  The defendant must:
  (X)  (a)  submit to supervision by and report for supervision to the  Pretrial will contact defense counsel  ,
       telephone number _____ , no later than _____ .
  ( )  (b)  continue or actively seek employment.
  ( )  (c)  continue or start an education program.
  (X)  (d)  surrender any passport to:  Pretrial Services within 10 days
  (X)  (e)  not obtain a passport or other international travel document.
  (X)  (f)  abide by the following restrictions on personal association, residence, or travel:  SDNY and EDNY and District of Connecticut
  (X)  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:  former employees and clients of Employee Benefits Solutions, LLP and codefendants in this case.
  ( )  (h)  get medical or psychiatric treatment: _____
  ( )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
  ( )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  ( )  (k)  not possess a firearm, destructive device, or other weapon.
  ( )  (l)  not use alcohol (   ) at all (   ) excessively.
  ( )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  ( )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
      (   ) (i)  **Curfew.** You are restricted to your residence every day (   ) from _____ to _____ , or (   ) as directed by the pretrial services office or supervising officer; or
      (   ) (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
      (   ) (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
  ( )  (q)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
      (   )  You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
  ( )  (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
  ( )  (s)  _____

AO 199A (Rev. 12/11) Order Setting Conditions of Release                                                     Page 4 of __5__ Pages

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 20 M 7281 |
| ) | |
| Erin Verespy ) | |
| *Defendant* ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                                                *Place*

on _____
                            *Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199C (Rev. 09/08) Advice of Penalties  Page 5 of 5 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT: Erin Verespy  PED

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 7/15/20

PED
*Judicial Officer's Signature*

2
*Printed name and title*
/s/ Nicholas S. Bradley, AUSA, SDNY

DISTRIBUTION: COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 199C  (Rev. 09/08)  Advice of Penalties                                              Page _____ of _____ Pages

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL



**Southern District of New York**

The Bronx
Manhattan
Westchester
Rockland
Dutchess
Orange
Putnam
Sullivan

**Eastern District of New York**

Brooklyn (Kings County)
Queens (Queens County)
Staten Island (Richmond County)
Long Island (Nassau & Suffolk)